UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APPALACHIAN INSURANCE COMPANY,

Appellant,

v.

ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Appellee,

v.

CENTURY INDEMNITY COMPANY; et al.,

Appellants in the District Court.

No. 26-4686

D.C. No.
3:25-cv-08563-RFL
Northern District of California,
San Francisco

ORDER

CERTAIN UNDERWRITERS AT LLOYD'S LONDON and CERTAIN LONDON MARKET INSURERS,

Appellants,

v.

ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Appellee,

OFFICIAL COMMITTEE OF

No. 26-4721

D.C. No.
3:25-cv-08563-RFL
Northern District of California,
San Francisco

UNSECURED CREDITORS,

Interested Party - Appellee,

v.

CENTURY INDEMNITY COMPANY; et al.,

Appellants in the District Court.

CENTURY INDEMNITY COMPANY; et al.,

Appellants,

v.

ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Appellee,

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

Interested Party - Appellee,

v.

APPALACHIAN INSURANCE COMPANY; et al.,

Appellants in the District Court.

No. 26-5049

D.C. No.
3:25-cv-08563-RFL
Northern District of California,
San Francisco

These appeals are consolidated.

The briefing schedule for these consolidated appeals is amended as follows: Opening briefs (Appellants) due October 26, 2026; Answering briefs (Appellees) due December 11, 2026; Optional reply briefs (Appellants) due January 8, 2027.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator